UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LANDMARK AMERICAN INSURANCE
COMPANY,

    Plaintiff and Counter-Defendant,

v.

GARGOYLE MANAGEMENT INC.,

    Defendant and Counter-Plaintiff.

No. 5:24-CV-038-H

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Dkt. No. 159. The Court construes the stipulation as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation of dismissal is approved. It is ordered that the parties' claims against one another are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on October 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE